UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED JUL 25 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
WILLIAM W. BLEVINS
CLERK

PLAINTIFF
JAMIE LABRANCHE

CASE # 13-5158

_VS_

DIV: SECT._____ MAG_____

SECT. 1 MAG. 5

DEFENDANT
MARY HOTARD BECNEL
INDIVIDUALLY AND IN HER CAPACITY AS LOUISIANA 40TH JUDICIAL
DISTRICT JUDGE OF ST. JOHN THE BAPTIST PARISH

## COMPLAINT

NOW INTO COURT PLAINTIFF JAMIE LABRANCHE STATES THE FOLLOWING;

( I ) PLAINTIFF CLAIMS FEDERAL JURISDICTION PURSUANT TO ARTICLE III SECTION 2 WHICH EXTENDS THE JURISDICTION TO CASES ARISING UNDER U.S. CONSTITUTION.
( II ) PLAINTIFF BRINGS THIS SUIT PURSUANT TO TITLE 42 U.S.C. 1983 FOR VIOLATIONS OF CERTAIN PROTECTIONS GUARANTEED TO ME UNDER FOURTEENTH AMENDMENT AND FIFTH AMENDMENT OF THE FEDERAL CONSTITUTION, BY THE DEFENDANT UNDER COLOR OF LAW IN HER CAPACITY AS JUDGE.

( III ) PARTIES PLAINTIFF JAMIE LABRANCHE IS A NATURAL RESIDING AT 2173 CARMEL VALLEY, LAPLACE, LA. 70068.
( IV ) DEFENDANT IS JUDGE MARY HOTARD BECNEL PRESIDING AT LOUISIANA 40TH JUDICIAL DISTRICT ST. JOHN THE BAPTIST PARISH 2393 HWY. 18 EDGARD, LOUISIANA 70049.

EVERY PERSON WHO, UNDER COLOR OF ANY STATUE, ORDINANCE, REGULATION, CUSTOM OR USAGE OF ANY STATE OR TERRITORY, SUBJECTS, OR CAUSES TO BE SUBJECTED ANY CITIZEN OF THE U.S. OR OTHER PERSON WITHIN THE JURISDICTION THEREOF TO THE DEPRVATION OF ANY RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE U.S. CONSTITUTION AND LAWS *SHALL BE LIABLE TO THE PARTY INJURED IN THE ACTION AT LAW, SUIT IN EQUITY OR OTHER PROPER PROCEEDING FOR REDRESS.

_____ Fee pauper
_____ Process
  X   Dktd
_____ CtRmDep
_____ Doc. No.

STATEMENT OF CASE**

CASE NO. C-54549 DIV. (B) IN LOUISIANA 40TH JD, BRIEF BACKGROUND. THE CASE WAS FILED BY PLAINTIFF NOW DEFUNCT ARGENT MORTGAGE IN 2007 TRYING TO ENFORCE AN COUNTERFEIT MORTGAGE NOTE PROVEN BY EXPERT WITNESS CURT BAGGERT ON MARCH 16, 2012 ** EXHIBIT ( A) DEFENDANT SUMMARY JUDGMENT FILED APRIL 13, 2012 EXPERT TESTIMONY INSIDE.THIS CASE BEEN THROUGH A JUDGE RECUSE HIMSELF AT HIS WILL,FOUR ATTORNEY FIRMS,FIVE SERVICERING COMPANIES, CHANGE HANDS IN COURT FOUR TIMES WITH KNOWN ROBO SIGNERS ASSIGNMENTS IN CASE RECORD.THIS CASE IS VERY LARGE, I WILL STATE RECENT PLEADINGS.

DEFENDANT JAMIE LABRANCHE FILED A SUMMARY JUDGMENT ON APRIL 13, 2012, IT WAS UNOPPOSED FOR OVER A YEAR.PLAINTIFF ATTORNEY PUT OFF HEARINGS FOR OVER A YEAR WITH THREE SEPARATE MOTIONS TO CONTINUE, HE FAILED TO SHOW UP AT TWO PRIVIOUS HEARING ONE OF WHICH I HAD A** *SUBPOENA WITNESS READY TO DELIVER SERIOUS EVIDENCE ( JUDGE MARY HOTARD BECNEL DID NOT LET HER TAKE THE STAND) SHE UNJUSTLY SURPRESS SERIOUS EVIDENCE***. AT THE END I ASK FOR DEFALT JUDGMENT BECAUSE ATTORNEY WAS A NO SHOW.PLAINTIFF FAILED TO SEND REQUEST FOR PRODUCTION ITEMS WITH A MOTION TO COMPEL IN RECORD, **JUDGE FAILED TO SET ANY HEARING TO HEAR MOTION TO COMPEL WITH A MANATORY RESPONSE UNDER 12U.S.C. 2605 (E) AND 15 U.S.C. 1641(F).
FINALLY WELL OVER A YEAR WENT BY SO ON MAY 15, 2013, I MOTION THE COURT TO RESET SUMMARY JUDGMENT HEARING. THE COURT *GRANTED THE UNOPPOSED SUMMARY JUDGMENT ORDER ON MAY 22, 2013. SIGN BY JUDGE BECNEL AND DEPUTY CLERK WITH RAISED SEAL* AND SET HEARING FOR JUNE 4, 2013 FOR DEFENDANTS MONETARY CLAIMS SUFFERED.
I SHOW UP FOR FINAL HEARING ON MY SUMMARY JUDGMENT FOR MONETARY CLAIMS SUFFERED, *** THE JUDGE MARY HOTARD BECNEL FAILED TO SHOW UP AT THE HEARING SHE SET.*** I WALKED INTO COURT ROOM I NOTICE A LOT OF WHISPERING AMOUNG PLAINTIFF ATTORNEY, JUDGE LAW CLERK AND ADHOCK JUDGE PRESIDING. NEXT THING I FOUND OUT WAS PLAINTIFF ATTORNEY FILED OVER A HUNDRED PAGES OF UNTIMELY PLEADINGS TWO DAYS BEFORE HEARING,WHICH I HAD NO KNOWLEDGE OF PLEADING BECAUSE *** PLAINTIFF ATTORNEY FAILED TO SERVE ME WITH THE UNTIMELY PLEADINGS.**** REMEMBER NOW I HAVE A GRANTED SUMMARY JUDGMENT IN HAND.**** ADHOCK JUDGE STATED THIS HEARING WOULD HAVE TO BE RESET BECAUSE DEFENDANT WAS NOT SERVED WITH THE PLAINTIFF UNTIMELY FILED PLEADING. ** I INSTANTLY FILED A MOTION TO STRIKE HIS UNTIMELY PLEADINGS, ONCE AGAIN JUDGE BECNEL FAILED TO SET HEARING ON MY MOTION TO STRIKE

JUDGE BECNEL SET A HEARING ON JULY 11,2013 TO HEAR PLAINTIFF UNTIMELY FILED PLEADINGS, I WAS THERE DEFENDING HIS PLEADINGS, BASICLY MY MOTION TO STRIKE UNTIMELY PLEADINGS, MOTION TO COMPEL PRODUCTION ITEMS. NOTICE OF DEPOSITIONS WENT UP IN SMOKE.**
NEEDLESS TO SAY JUDGE BECNEL GRANTED PLAINTIFF SUMMARY JUDGMENT, SO KNOW WE HAVE TWO STANDING ORDERS ON THE TABLE, ****DEFENDANT GRANTED SUMMARY JUDGMENT ORDER GRANTED ON MAY 22, 2013 WITH NO APPEAL BY PLAINTIFF ATTORNEY.
PLAINTIFF SUMMARY JUDGMENT GRANTED ON JULY 18, 2013 WITH DEFENDANT INSTANT ACTION.

JUDGE BECNEL FAILED TO SHOW UP AT HER OWN HEARING SET FOR JUNE 4, 2013,FOR MY SUMMARY JUDGMENT FAILED TO SET COUNTLESS HEARINGS REQUIRED BY LAW TO INCLUDE MOTION TO COMPEL, MOTION TO STRIKE. COLLUDED TO ALLOWED AN UNJUST ADVANTAGE TO PLAINTIFF.

JUDGE BECNEL, BY GRANTING PLAINTIFF SUMMARY JUDGMENT VIOLATED FEDERAL AND STATE LAWS LISTED AS FOLLOWS;

1) LAW AND ANALYSIS IN HER JUDGMENT STATES " LA.CODE OF CIVIL PROC. ART. 966
1) JUDGE FAILED TO ALLOW HEARING ON MOTION TO COMPEL PRODUCTION INTERROGATORIES ** EVEN THROUGH # 5 OF REQUEST IS MANATORY UNDER 12 U.S.C. 2605 (E) AND 15 U.S.C. 1641 (F) TRUTH IN LENDING ACT.
2) FAILED TO ALLOW A SUBPOENA WITNESS TO TESTIFY, EVEN THROUGH PLAINTIFF ATTORNEY FAILED TO SHOW UP FOR HEARING WITNESS HAD SERIOUS EVIDENCE TO PRESENT.
3)JUDGE FAILED TO ALLOW DEPOSITIONS, WITH A NOTICE OF DEPOSITIONS IN COURT RECORD THAT WILL PROVE MID-PAC IS NOT THE HOLDER OF NOTE.
4)JUDGE BECNEL STATES IN HER JUDGMENT" THERE IS NO REQUIREMENT THAT THE ACT OF MORTGAGE BE AN AUTHENIC ACT, NOR IS THERE A REQUIREMENT THAT MORTGAGE BE RECORDED. THIS STATEMENT IS VIOLATING STATE LAW CCP-1425 9-629 LOUISIANA SUBPART 3 JUDICIAL PROCEEDING OF AUTHENTIC EVIDENCE 9-629 **SEE EXHIBIT (E) WHAT SHE STATEING IS PROVEN COUNTERFEIT MORTGAGE NOTE IS ALLOWED IN HER COURT ROOM, FRAUD UPON HER COURT
5)JUDGE BECNEL STATES IN PARAGRAPH BEFORE CONCLUSION; FINALLY MR. LABRANCHE ARGUES THAT HE HAD SUCCESSFULLY RESCINDED HIS LOAN UNDER 12 CFR 226.23 SINCE THIS IS A RESIDENTIAL MORTGAGE TRANSACTION, MR.LABRANCHE ARGUMENT IS WITHOUT MERIT. SHE IS REFERRING TO SECTION (F) OF 12CFR 226.23.

JUDGE BECNEL FAILED TO READ THE ENTIRE 226.23, SECTION F (2) CLEARLY STATES A REFINANCING OR CONSOLIDATION BY THE ***SAME CREDITOR*** THIS LOAN IS CLEARLY WITH A NEW CREDITOR. ALSO UNDER SECTION (F) THE RIGHT OF RESCISSION ** SHALL APPLY**TO THE AMOUNT FINANCED EXCEEDS THE UNPAID PRINCIPAL BALANCE, WHICH IN THIS LOAN IT EXCEEDS BY $ 51,000 FIFTY ONE THOUSAND DOLLARS. FURTHERMORE JUDGE BECNEL FAILED TO READ AND GROSSLY LACKS SUBJECT MATTER AND JURISDICTION SECTION (H) OF 226.23 SPECIAL RULES FOR FORECLOSURES.
( II ) UNDER SECTION ( H ) CLEARLY STATES CREDITOR DID NOT PROVIDE THE PROPERLY COMPLETED APPROPRIATE MODEL FORM IN APPENDIX (H) OF THIS PART OR SUBSTANTIALLY SIMLAR NOTICE OF RESCISSION. FURTHERMORE THE NOW DEFUNCT BATON ROUGE NATION TITLE FAILED TO SUPPLY ME WITH ANY CLOSING DOCS OR NOTICE OF RECISSION, OR MODEL FORM AS REQUIRED IN SECTION (H) BECAUSE THE NOTARY IN ST. CHARLES PARISH WAS NOT PRESENT AT SIGNING.

JUDGE MARY HOTARD BECNEL ACTED ULTRA- VIRES NOT ONLY VIOLATING FEDERAL LAWS . ACTS , AND STATE LAWS LISTED IN THE PLEADING ALSO KNOWINGLY ALLOWING FRAUD UPON HER COURT WITH PROVEN COUNTERFEIT MORTGAGE NOTE AND KNOWN ROBO- SIGNING ASSIGNMENTS IN RECORD, FAILING TO SHOW UP AT HER OWN HEARING SHE SET, ALLOWING PLAINTIFF TO GAIN AN UNJUST ADVANTAGE BREAKING COURT RULES, SURPRESSING DISCOVERY PROCESS, ALLOWING PLAINTIFF ATTORNEY TO THREATING ME WITH A CERTIFIED LETTER STATE TO BACK OFF DEPOSITION OR ELSE.**ALSO DORI CANTRELLE THROWING ANN CALDWELL PLAINTIFF ATTORNEY C.F.O. OF FIRM IN A STYLE TO INTIMIDATION WITH STICKY NOTE ATTACHED TO CERTFIED LETTER.I ARGUED FOR DISCOVERY RULE AND SOUGHT TO INTRODUCE EVIDENCE BY THE WAY OF A SUBPOENA WITNESS IN A HEARING.PLAINTIFF ATTORNEY FAILED TO SHOW UP. JUDGE REFUSED TO HEAR WITNESS UNJUSTLY SURPRESSING EVIDENCE.

DENIAL OF CONSTITUTIONAL AND CIVIL RIGHTS IS ABSOLUTELY NOT A JUDICIAL FUNCTION, THE KNOWING AND WILLING ACTIONS FELL OUTSIDE THE BOUNDRIES OF HER JOB DESCRIPTION, FAILURE TO FOLLOW SIMPLE GUIDELINES OF THEIR POST MAKES A JUDGES ACTION NO LONGER A JUDICIAL ACT BUT AN INDIVIDUAL ACT, AS THE ACT REPRESENTS THEIR OWN PREJUDICES AND GOALS. WHEN A JUDGE ACTS AS A TRESPASSER OF THE LAW, SHE LOSES SUBJECT MATTER JURISDICTION, VOIDING ORDERS.

WHEREFORE PLAINTIFF PRAYS THIS COURT ISSUE EQUITABLE RELIEF AS FOLLOWS;
A) ISSUE INJUNCTIVE RELIEF COMMANDING DEFENDANT JUDGE MARY HOTARD BECNEL TO VACATE THE CONFLICTING SUMMARY JUDGMENT

ORDERS AND JUDGMENTS BOTH FOR PLAINTIFF AND DEFENDANT, BECAUSE RIGHT NOW JUDGE BECNEL GRANTED DEFENDANT SUMMARY JUDGMENT ON MAY 22, 2013 PLAINTIFF FAILED TO APPEAL AND SHE GRANTED PLAINTIFF SUMMARY JUDGMENT ON JULY 18, 2013 DEFENDANT REQUEST THIS UNTIL HIGHER COURT CAN HEAR CASE.
B) ISSUE DECLARATORY RELIEF AS THIS COURT DEEMS APPROPIATE JUST.
C) ISSUE OTHER RELIEF AS COURT DEEMS APPROPIATE AND JUST.

RESPECTFULLY SUBMITTED

JAMIE LABRANCHE

2173 CARMEL VALLEY
LAPLACE, LA. 70068
504-559-9586
JAMIELABRANCHE@ME.COM