UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMIE LaBRANCHE                                          CIVIL ACTION

VERSUS                                                   NUMBER: 13-5158

MARY HOTARD BECNEL,                                      SECTION: "I"(5)
INDIVIDUALLY AND IN
HER CAPACITY AS LOUISIANA
40TH JUDICIAL DISTRICT JUDGE
OF ST. JOHN THE BAPTIST PARISH

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and, the objection by plaintiff, Jamie LaBranche which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 16th day of August, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE