# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-30893
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
March 10, 2014
Lyle W. Cayce
Clerk

D.C. Docket No. 2:13-CV-5158

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   APR   3 2014
WILLIAM W. BLEVINS
CLERK

JAMIE LABRANCHE,

    Plaintiff - Appellant

v.

MARY HOTARD BECNEL, Individually and in her capacity as Louisiana 40th Judicial District Judge of St. John the Baptist Parish,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before KING, DAVIS, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 0 1 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Sabrina B Short
    Deputy
APR 0 1 2014

New Orleans, Louisiana

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30893
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 10, 2014

Lyle W. Cayce
Clerk

JAMIE LABRANCHE,

        Plaintiff-Appellant

v.

MARY HOTARD BECNEL, Individually and in her capacity as Louisiana 40th Judicial District Judge of St. John the Baptist Parish,

        Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:13-CV-5158

Before KING, DAVIS, and ELROD, Circuit Judges.[*]

PER CURIAM:

    Jamie LaBranche, proceeding pro se, moves for leave to proceed in forma pauperis (IFP) on appeal. The district court denied LaBranche's motion to appeal IFP and certified that his appeal was not taken in good faith. By moving in this court for leave to proceed IFP, LaBranche challenges the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's certification decision. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

LaBranche argues that the district court erred in dismissing his 42 U.S.C. § 1983 action because the defendant judge acted improperly while presiding over a mortgage foreclosure proceeding filed against him in state court. He contends that the defendant acted outside the scope of her judicial function and thus was not entitled to immunity for her actions and, also, that both the magistrate judge and district court in his federal proceedings were biased against him.

In his § 1983 complaint, LaBranche sought injunctive and declaratory relief and, also, any other relief deemed appropriate. He asked the district court to order the defendant state judge to vacate conflicting summary judgment orders she had purportedly signed. Although judicial immunity does not bar claims for injunctive or declaratory relief in civil rights actions, *see Holloway v. Walker*, 765 F.2d 517, 525 (5th Cir. 1985), LaBranche cannot obtain his requested relief because federal courts have no authority to direct state courts or their judicial officers in the performance of their duties. *See Moye v. Clerk, DeKalb Cnty. Superior Court*, 474 F.2d 1275, 1276 (5th Cir. 1973). Accordingly, as to the dismissal of his claims against Judge Becnel, he has shown no nonfrivolous appellate issue. LaBranche's allegation that the magistrate judge and district court dismissed his § 1983 action because they were biased against him likewise fails to present a nonfrivolous issue for appeal. *See United States v. Scroggins*, 485 F.3d 824, 829-30 & n.19 (5th Cir. 2007).

LaBranche has failed to show that his appeal involves any arguably meritorious issue. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

Accordingly, we DENY his motion and DISMISS his appeal as frivolous. *See Baugh*, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 01, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **No. 13-30893    Jamie LaBranche v. Mary Becnel**
                        USDC No. 2:13-CV-5158

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Sabrina B. Short, Deputy Clerk
                        504-310-7817

cc w/encl:
    Honorable Lance M. Africk
    Mr. Jamie P. LaBranche

P.S. to Judge Africk:  A copy of the opinion was sent to your office via email the day it was filed.